IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA and JOHN ZAPRALA,** | : | |
| | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 09-1238** |
| **USI SERVICES GROUP, INC.,** | : | |
| | : | |
| Defendant. | : | |

# ORDER

     **AND NOW**, this ____ day of March, 2013, upon consideration of Plaintiffs' Motion for New Trial (Doc. 58) and Defendant's Response in Opposition thereto (Doc. 59), **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' motion is **DENIED**.[1]

 

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated March ___, 2013.