IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA and JOHN ZAPRALA,

    Plaintiffs,

v.

USI SERVICES GROUP, INC.,

    Defendant.

CIVIL ACTION

NO. 09-1238

## ORDER

**AND NOW**, this \_\_\_\_ day of March, 2013, upon consideration of Plaintiffs' Motion for New Trial (Doc. 58) and Defendant's Response in Opposition thereto (Doc. 59), **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated March \_\_\_, 2013.